UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARIS D. ST. JOHN, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:16-CV-1115-G (BN) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:03-CR-442-P |
| Respondent. | ) | |

# ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Petitioner Paris D. St. John's 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence (docket entry 1) and unopposed motion for immediate release pending further proceedings (docket entry 7) are **GRANTED**.

It is **ORDERED** that the Bureau of Prisons immediately release St. John from confinement pending further proceedings.

It is further **ORDERED** that this matter is referred to United States Magistrate Judge David L. Horan to enter appropriate conditions of release pending further proceedings. Judge Horan shall enter further orders concerning St. John's conditions of release pending further proceedings, including if and, if so, when and where St. John shall report to the United States Probation Office.

May 13, 2016.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**